UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| IN RE IMPINJ, INC., SECURITIES LITIGATION | No. 3:18-cv-05704-RSL<br><br>CLASS ACTION<br><br>**ORDER EXTENDING DEADLINES FOR FILING OF CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO** |

This matter comes before the Court on the parties' "Stipulated Motion and [Proposed] Order to Establish a Schedule and Extend Deadlines for Filing of the Consolidated Complaint and Defendants' Response and Briefing." Dkt. # 30. The motion is GRANTED.

1.      Lead Plaintiff's consolidated complaint shall be filed on or before February 13, 2019;

2.      Defendants' response to the consolidated complaint shall be filed on or before March 19, 2019. If a motion to dismiss is filed, it shall be noted on the Court's calendar for consideration on Friday, May 3, 2019;

3.     Lead Plaintiff's opposition to any motion to dismiss is due on or before April 9, 2019; and

4.     Defendants' reply in support of any motion to dismiss is due on or before April 30, 2019.


Dated this 22nd day of January, 2019.


*MVt S Lasnik*

Robert S. Lasnik
United States District Judge