THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Impinj, Inc. Securities Litigation. | NO.: C18-5704-RSL <br><br> [PROPOSED] ORDER GRANTING THE PARTIES' STIPULATED MOTION TO STAY DISCOVERY |

Pursuant to the parties' Stipulated Motion to Stay Discovery, subject to the exceptions set forth in the Private Securities Litigation Reform Act of 1995, all discovery and other discovery-related proceedings shall be stayed until the Court sustains the legal sufficiency of a complaint in the above-captioned action. The initial scheduling dates set forth in the Court's January 14, 2019 Order, ECF No. 25, are hereby vacated.

IT IS SO ORDERED.

Dated this 30th day of January, 2019.

_____
Honorable Robert S. Lasnik
United States District Judge

Presented by:

s/ Gregory L. Watts
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI, P.C.

[PROPOSED] ORDER RE STIP. MOTION TO
STAY DISCOVERY
3:18-CV-05704 RSL                                    -1-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants Impinj, Inc., Chris Diorio, Evan Fein and Eric Brodersen*

[PROPOSED] ORDER RE STIP. MOTION TO STAY DISCOVERY
3:18-CV-05704 RSL                -2-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699