UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Impinj, Inc., Securities Litigation. | No. C18-5704RSL<br><br>MINUTE ORDER RENOTING MOTION |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On February 13, 2019, lead plaintiff filed a motion to seal the consolidated class action complaint. Dkt. # 34. Non-dispositive motions are generally noted for consideration on the third Friday after filing pursuant to LCR 7(d)(3).[1] The Clerk of Court is therefore directed to renote Dkt. # 34 on the Court's calendar for Friday, March 1, 2019. Defendants' response, if any, is due on Monday, February 25, 2019.

DATED this 21st day of February, 2019.

                /s/ Kerry Simonds
Kerry Simonds, Deputy Clerk to
the Honorable Robert S. Lasnik, Judge
(206) 370-8519

---

[1] The Local Civil Rules of this district were amended on December 4, 2018. Motions to seal are no longer covered by the second Friday provision of LCR 7(d)(2).