UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Impinj, Inc., Securities Litigation. | No. C18-5704RSL<br><br>ORDER REGARDING MOTIONS TO SEAL CONSOLIDATED CLASS ACTION COMPLAINT |

This matter comes before the Court on "Lead Plaintiff's Motion to File Consolidated Class Action Complaint Provisionally Under Seal" (Dkt. # 34) and "Defendants' Unopposed Motion for Leave to File Redacted Version of Consolidated Class Action Complaint and Maintain Unredacted Version Under Seal" (Dkt. # 38). The motions are GRANTED: the unredacted versions of the complaint (Dkt. # 35 and # 39-1) shall remain under seal. Lead Plaintiff is directed to file a publicly available version of the complaint implementing the redactions proposed in Dkt. # 39-1.

Dated this 27th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge