# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re Impinj, Inc., Securities Litigation. | No. C18-5704RSL<br><br>ORDER REGARDING MOTION TO SEAL DEFENDANTS' MOTION TO DISMISS AND SUPPORTING DOCUMENTS |

This matter comes before the Court on defendants' unopposed motion to file a motion to dismiss and supporting documents under seal. Dkt. # 40. The motion is GRANTED: the unredacted versions of the motion to dismiss (Dkt. # 41-1 at 7-37), Exhibit 16 to the Declaration of Gregory L. Watts in support of the motion to dismiss (Dkt. # 41-1 at 2-5), and the notice of incorporation by reference (Dkt. # 41-1 at 39-48) shall remain under seal. Redacted versions of the motion and notice of incorporation are publicly available at Dkt. # 42 and # 44, respectively. The Clerk of Court may unseal the Declaration of Christopher M.E. Petroni, Dkt. # 41.

Dated this 16th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge