UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Impinj, Inc., Securities Litigation. | No. C18-5704RSL<br><br>ORDER GRANTING MOTIONS TO SEAL |

This matter comes before the Court on the parties' unopposed motions to file response and reply memoranda under seal. Dkt. # 50 and # 56. The motions are GRANTED. The unredacted versions of the response (Dkt. # 51) and the reply (Dkt. # 58) shall remain under seal. Redacted versions of the response and reply are publicly available at Dkt. # 52 and # 57, respectively.

Dated this 21st day of May, 2019.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTIONS TO SEAL