THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Impinj, Inc. Securities Litigation. | NO.: C18-5704RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND THE TIME TO FILE AN ANSWER**<br><br>Noted: October 17, 2019 |

Lead Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge ("Lead Plaintiff" or "Baton Rouge") and Defendants Impinj, Inc., Chris Diorio, Evan Fein and Eric Brodersen ("Defendants" and collectively with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following matters.

WHEREAS, on October 4, 2019, this Court granted in part and denied in part Defendants' Motion to Dismiss Consolidated Class Action Complaint ("Complaint");

WHEREAS, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Defendants' answer to the Complaint is due fourteen days after notice of the Court's order, or October 18, 2019;

WHEREAS, Defendants have requested, and Plaintiff has agreed to, an extension of time until November 15, 2019 for Defendants to file their answer to the Complaint, subject to the approval of the Court;

STIP. MOTION TO EXTEND TIME TO ANSWER
3:18-CV-05704 RSL

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1     WHEREAS, Defendants believe that good cause exists for an extension of time to file their answer to the Complaint given the complexity of the Complaint, the technical nature of many of the issues alleged, and the need to consult with several individual defendants;

    NOW, THEREFORE, the Parties hereby stipulate and agree as follows, and respectfully request that this Court issue an Order providing that:

    1.    Defendants shall file their answer to the Complaint on or before November 15, 2019.

Dated: October 17, 2019        Respectfully submitted,

/s/ Gregory L. Watts
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants Impinj, Inc., Chris Diorio, Evan Fein and Eric Brodersen*

/s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665
**BYRNES KELLER CROMWELL LLP**
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: bkeller@byrneskeller.com

*Liaison Counsel for Lead Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge*

/s/ Jonathan D. Uslaner
Jonathan D. Uslaner (pro hac vice)
Lauren M. Cruz (pro hac vice)

STIP. MOTION TO EXTEND TIME TO ANSWER
3:18-CV-05704 RSL
-2-
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
Email: jonathanu@blbglaw.com
Email: lauren.cruz@blbglaw.com

Salvatore Graziano (pro hac vice)
Michael D. Blatchley (pro hac vice)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile:   (212) 554-1444
Email: salvatore@blbglaw.com
Email: michaelb@blbglaw.com

*Counsel for Lead Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge*

**STIP. MOTION TO EXTEND TIME TO ANSWER**
3:18-CV-05704 RSL

-3-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 25, 2019.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIP. MOTION TO EXTEND TIME TO ANSWER
3:18-CV-05704 RSL

-4-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699