1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE IMPINJ SECURITIES LITIGATION | Case No. 3:18-cv-5704-RSL<br><br>**<u>CLASS ACTION</u>**<br><br>**PARTIES' MOTION FOR APPROVAL OF STIPULATION REGARDING DEADLINES FOR CLASS CERTIFICATION BRIEFING AND ORDER ADOPTING THE SAME** |

STIPULATION AND ORDER
(Case No. 3:18-cv-05704-RSL)

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the Parties, by and through their undersigned attorneys of record, request the Court to order as follows:

## **STIPULATION**

WHEREAS, on October 30, 2019, this Court entered a Minute Order Setting Trial Date & Related Dates ("Case Management Order") scheduling briefing for Lead Plaintiffs' motion for class certification (Dkt. 70 at 1);

WHEREAS, pursuant to the Case Management Order, Lead Plaintiff's motion for class certification shall be filed by May 7, 2020 (Dkt. 70 at 1);

WHEREAS, the Parties have conferred extensively and agree that an extension of the class certification briefing schedule is necessary in light of the disruptions caused by the recent outbreak of the Coronavirus (COVID-19) and global pandemic that followed;

WHEREAS, this stipulated motion and proposed order is meant to resolve only the most near and present deadline in the Case Management Order impacted by the COVID-19 pandemic, and the Parties have agreed to revisit the case schedule periodically and in good faith as the Parties and their counsel grapple with the disruptions of the pandemic;

WHEREAS, the Parties have not previously requested or received an extension of their time under the Case Management Order;

WHEREAS, this stipulated motion and proposed order does not affect other case management dates; and

WHEREAS, the Parties reserve the right to request further modifications of the schedule upon good cause shown, particularly in light of the disruptions caused by the COVID-19 pandemic.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court:

1. Lead Plaintiff's Motion for Class Certification shall be filed no later than June 8, 2020;

MOTION FOR APPROVAL OF STIPULATION AND
PROPOSED ORDER
(Case No. 3:18-cv-05704-RSL) - 1 -

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

2. Defendants' Opposition shall be filed no later than July 23, 2020; and

3. Lead Plaintiff's Reply shall be filed no later than August 13, 2020.

Dated: April 8, 2020

Presented by,

**BYRNES KELLER CROMWELL LLP**

*/s/ Brad S. Keller*
Bradley S. Keller, WSBA# 10665
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com

*Liaison Counsel for Lead Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (*Pro Hac Vice*)
Lauren M. Cruz (*Pro Hac Vice*)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 7819-3470
jonathanu@blbglaw.com
lauren.cruz@blbglaw.com
  -and-
John C. Browne (*Pro Hac Vice*)
Michael D. Blatchley (*Pro Hac Vice*)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com
michaelb@blbglaw.com

*Counsel for Lead Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge and Lead Counsel for the Class*

MOTION FOR APPROVAL OF STIPULATION AND
PROPOSED ORDER
(Case No. 3:18-cv-05704-RSL)

- 2 -

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

*/s/ Gregory L. Watts*
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants Impinj, Inc., Chris Diorio, Evan Fein, and Eric Brodersen*

**It is so ordered.**

Dated this 9th day of April, 2020.

*[signature]*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

MOTION FOR APPROVAL OF STIPULATION AND
PROPOSED ORDER
(Case No. 3:18-cv-05704-RSL)

- 3 -

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000