The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE IMPINJ SECURITIES LITIGATION | Case No. 3:18-cv-5704-RSL <br><br> **CLASS ACTION** <br><br> **PARTIES' MOTION FOR APPROVAL OF STIPULATION REGARDING DEADLINES FOR CLASS CERTIFICATION BRIEFING AND ORDER ADOPTING THE SAME** |

MOTION FOR APPROVAL OF STIPULATION
AND ORDER
(Case No. 3:18-cv-05704-RSL)

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the Parties, by and through their undersigned attorneys of record, request the Court to order as follows:

## STIPULATION

WHEREAS, on October 30, 2019, this Court entered a Minute Order Setting Trial Date & Related Dates ("Case Management Order") that contained a briefing schedule for Lead Plaintiff's motion for class certification (Dkt. 70 at 1);

WHEREAS, given the disruptions caused by the COVID-19 pandemic, the Parties sought and obtained an extension of the original class certification briefing schedule (Dkt. 85);

WHEREAS, under the revised briefing schedule, Plaintiff's motion for class certification currently must be filed no later than June 8, 2020 (*Id.* at 1);

WHEREAS, the Parties recently participated in a full-day mediation in an attempt to resolve this litigation and, while the case did not settle at the mediation, the parties are continuing their efforts to settle the case;

WHEREAS, the Parties agree that a short two-week extension of the class certification briefing schedule will aid their efforts in trying to resolve the litigation; and

WHEREAS, this stipulated motion and proposed order is meant to postpone the most near and present deadlines in the Case Management Order related to a class certification motion in light of the Parties' ongoing efforts to resolve the litigation, and does not alter the Parties prior agreement to revisit the case schedule in good faith as the Parties and their counsel grapple with the disruptions of the COVID-19 pandemic or prejudice any Party's rights to request further modifications of the schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court:

MOTION FOR APPROVAL OF STIPULATION AND
PROPOSED ORDER
(Case No. 3:18-cv-05704-RSL)                - 1 -

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

1. Lead Plaintiff's Motion for Class Certification shall be filed no later than June 22, 2020;

2. Defendants' Opposition shall be filed no later than August 6, 2020; and

3. Lead Plaintiff's Reply shall be filed no later than August 27, 2020.

Dated:  June 2, 2020

Presented by,

**BYRNES KELLER CROMWELL LLP**

*/s/ Bradley S. Keller*
Bradley S. Keller, WSBA# 10665
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com

*Liaison Counsel for Lead Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (*Pro Hac Vice*)
Lauren M. Cruz (*Pro Hac Vice*)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA  90067
Tel:     (310) 7819-3470
jonathanu@blbglaw.com
lauren.cruz@blbglaw.com
   -and-
John C. Browne (*Pro Hac Vice*)
1251 Avenue of the Americas
New York, New York 10020
Tel:     (212) 554-1400
Fax:     (212) 554-1444
johnb@blbglaw.com

MOTION FOR APPROVAL OF STIPULATION AND
PROPOSED ORDER
(Case No. 3:18-cv-05704-RSL)

- 2 -

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

*Counsel for Lead Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge and Lead Counsel for the Class*

*/s/ Gregory L. Watts*
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile:  (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants Impinj, Inc., Chris Diorio, Evan Fein, and Eric Brodersen*

**It is so ordered.**

Dated this 3rd day of June, 2020.

*[signature]*
The Honorable Robert S. Lasnik
United States District Judge

MOTION FOR APPROVAL OF STIPULATION AND PROPOSED ORDER
(Case No. 3:18-cv-05704-RSL)

- 3 -

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000