1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE IMPINJ SECURITIES LITIGATION | Case No. 3:18-cv-5704-RSL<br><br>**<u>CLASS ACTION</u>**<br><br>**PARTIES' MOTION FOR APPROVAL OF STIPULATION REGARDING DEADLINES AND ORDER ADOPTING THE SAME** |
|---|---|

MOTION FOR APPROVAL OF STIPULATION AND ORDER
(Case No. 3:18-cv-05704-RSL)

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the Parties, by and through their undersigned attorneys of record, request the Court to order as follows:

## STIPULATION

WHEREAS, on June 10, 2020, the Parties reached an agreement in principle to settle this action, subject to the Court's approval (the "Settlement");

WHEREAS, the Parties are diligently working to document the Settlement;

WHEREAS, following the documentation of the Settlement, Lead Plaintiff will file a motion for preliminary approval of the Settlement;

WHEREAS, the Parties believe that the Settlement will be documented, and Lead Plaintiff will be in a position to file its motion for preliminary approval of the Settlement, in no more than 28 days;

WHEREAS, in light of the Settlement and Lead Plaintiff's forthcoming motion for preliminary approval of the Settlement, the Parties respectfully request the adjournment, at this time, of all pending case deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court:

1. All pending case deadlines are adjourned at this time; and
2. Lead Plaintiff shall file its motion for preliminary approval of the Settlement by no later than July 10, 2020.

Dated: June 12, 2020        Presented by,

**BYRNES KELLER CROMWELL LLP**

*/s/ Bradley S. Keller*
Bradley S. Keller, WSBA# 10665
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
bkeller@byrneskeller.com

*Liaison Counsel for Lead Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge*

MOTION FOR APPROVAL OF STIPULATION AND PROPOSED ORDER
(Case No. 3:18-cv-05704-RSL)

- 1 -

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (*Pro Hac Vice*)
Lauren M. Cruz (*Pro Hac Vice*)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA  90067
Tel:     (310) 7819-3470
jonathanu@blbglaw.com
lauren.cruz@blbglaw.com

  -*and*-

John C. Browne (*Pro Hac Vice*)
Michael D. Blatchley (*Pro Hac Vice*)
1251 Avenue of the Americas
New York, New York 10020
Tel:     (212) 554-1400
Fax:     (212) 554-1444
johnb@blbglaw.com
michaelb@blbglaw.com

*Counsel for Lead Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge and Lead Counsel for the Class*

*/s/ Gregory L. Watts*
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile:  (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants Impinj, Inc., Chris Diorio, Evan Fein, and Eric Brodersen*

MOTION FOR APPROVAL OF STIPULATION AND
PROPOSED ORDER
(Case No. 3:18-cv-05704-RSL)     - 2 -

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

1 **It is so ordered.**

2     Dated this 15th day of June, 2020.

*[signature]*
The Honorable Robert S. Lasnik
United States District Judge

MOTION FOR APPROVAL OF STIPULATION AND
PROPOSED ORDER
(Case No. 3:18-cv-05704-RSL) - 3 -

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000